IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| LYNN BRYANT | * |
| Plaintiff | * |
| v. | CASE NO.: 1:11-cv-03630-MJG |
| | * |
| ZAZZLE INC. | |
| | * |
| Defendant | |
| | * |

\* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, in accordance with Federal Rule of Civil Procedure 41, hereby stipulate that Plaintiff's Complaint against Defendant be dismissed, with prejudice, with each party to bear their own costs.

Respectfully submitted,                                Respectfully submitted,

/s/ Christopher J. Lyon                                /s/ S. Micah Salb
James B. Astrachan, Bar No. 03566              S. Michah Salb, Bar No. 13716
Christopher J. Lyon, Bar No. 27443              LIPPMAN, SEMSKER & SALB, LLC
ASTRACHAN GUNST THOMAS RUBIN, P.C.    7979 Old Georgetown Road, Suite 1100
217 E. Redwood Street, 21st Floor                Bethesda, MD 20814
Baltimore, MD 21202                                     301.656.6905
410.783.3520

*Attorneys for Plaintiff*

/s/ Aaron Hendelman
Aaron Hendelman (*pro hac vice*)
Nathan E. Ferguson (*pro hac vice*)
Wilson Sonsini Goodrich & Rosati
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
206.883.2514

*Attorneys for Defendant*